IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISAAC W. CAPPS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No.  14-441-NJR-DGW |
| ) | |
| KEVIN DRAKE, JARED FREEMAN ) | |
| SHAWN ISAACS, JAMES TROGOLO ) | |
| KEVIN ROYE AND BRICE SHAFFER ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS, KEVIN ROYCE AND BRICE SHAFFER'S,
RESPONSE TO PLAINTIFF'S MOTION FOR AWARD
OF ATTORNEY FEES (DOC. 186)**

NOW Come the Defendants, Kevin Roye and Brice Shaffer, by Bleyer and Bleyer, their attorneys, and for their Response to Plaintiff's Motion for Award of Attorney Fees (Doc.186) say:

1. The Plaintiff has filed herein a Motion for Award of Attorney's Fees with ten exhibits which was docketed as Doc. 186 as well as his Memorandum in Support of the Motion which was docketed as Doc. 187.

2. Defendant James Trogolo has filed a Response to the Motion which was docketed as Doc. 201 with attachments and Defendants Kevin Drake, Jared Freeman and Shawn Isaacs have filed a Response to the Motion docketed as Doc. 202 with attachments.

3.      The Responses presented by Defendant Trogolo (Doc. 201) and Defendants Drake, Freeman and Isaacs (Doc. 202) are persuasive and present the identical argument of Defendant Kevin Roye and Brice Shaffer for their Response to Plaintiff's Motion for Attorney Fees.  In the interests of Judicial economy and avoiding redundancy, Defendants Kevin Roye and Brice Shaffer hereby adopt as their argument in their Response to Plaintiff's Motion for Award of Attorney Fees the argument set forth by Defendant James Trogolo in Doc. 201 and attachments and the argument set forth by Defendants Kevin Drake, Jared Freeman and Shawn Isaacs in Doc. 202 and attachments.

WHEREFORE, for the reasons articulated in the Response of Defendant James Trogolo in Doc. 201 and attachments and the reasons articulated in the Response of Defendants Kevin Drake, Jared Freeman and Shawn Isaacs in Doc. 202 and attachments, Defendants Kevin Roye and Brice Shaffer respectfully request this Honorable Court DENY Plaintiffs fee petition or in the alternative to significantly reduce the fee request to comply with Seventh Circuit guidelines.

                                             BLEYER and BLEYER

                                             S/Joseph A. Bleyer
                                             Attorney Registration No. 6193192
                                             Attorneys for Defendants, Kevin Roye and
                                             Brice Shaffer

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:   jableyer@bleyerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016, I electronically filed Defendants, Kevin Roye and Brice Shaffer's Response to Plaintiff's Motion for Attorney Fees with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

| | |
|---|---|
| Mrs. Jude M. Redwood | Ms Emman Dorothy Steimel |
| Redwood Law Office | Assistant Attorney General |
| Post Office Box 864 | Attorney General's Office |
| St. Joseph IL 61873 | 500 South Second |
| redwoodlaw42@hotmail.com | Springfield, IL 62706-0001 |
| | esteimel@atg.state.il.us |
| Mr. James C. Cook | |
| Walker and Williams, PC | |
| 4343 West Main Street | |
| Belleville, IL 62226-5502 | |
| jcc@wawpc.net | |

I hereby certify that on March 10, 2016, I mailed by United States Postal Service, the documents to the following nonregistered participants:

   None

                                                                S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:    (618)997-6559
e-mail:         jableyer@bleyerlaw.com