IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISAAC CAPPS, | ) |
| | ) |
|          Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:14-CV-441-NJR-DGW |
| | ) |
| | ) |
| KEVIN DRAKE, JARED FREEMAN, | ) |
| SHAWN ISAACS, JAMES TROGOLO, | ) |
| KEVIN ROYE, and BRICE SHAFFER, | ) |
| | ) |
|          Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

On February 2, 2016, a jury returned a verdict in favor of Plaintiff, Isaac Capps, in the amount of $32,092.00 (*see* Doc. 171). As the prevailing party in this civil rights action, Capps is entitled to attorney fees and costs.

Following the entry of judgment in this case (*see* Doc. 177), the parties filed various motions, including: Motion for Attorney Fees and Costs, by Isaac Capps (Doc. 186); Motion for Judgment as a Matter of Law, or, in the Alternative, to Alter Judgment, by James Trogolo (Doc. 192); Motion for Judgment as a Matter of Law, or, in the Alternative, to Alter Judgment, by Kevin Royce and Brice Shaffer (Doc. 194); and Motion for Judgment as a Matter of Law, by Kevin Drake, Jared Freeman and Shawn Isaacs (Doc. 195).

The motions have been fully briefed. Having reviewed the motions, it is apparent that there are many remaining issues on which the parties are at odds. The Court **FINDS**, pursuant to Southern District of Illinois Local Rule 16.3(a), that an alternative method of dispute resolution is proper and appropriate at this juncture. As such, the parties are **ORDERED** to appear for a settlement conference with United States Magistrate Judge Donald G. Wilkerson within **30 days**. Magistrate Judge Wilkerson will set the time and place for the conference and instruct the parties regarding their duties with respect to the conference.

**IT IS SO ORDERED.**

DATED:   April 27, 2016

*Nancy J. Rosenstengel*
_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**