# REDWOOD LAW OFFICE
## WORKING FOR THE PEOPLE

**Jude M. Redwood**
Attorney at Law

**Reverend Erik Redwood**
Paralegal



P.O. Box 864
St. Joseph, Illinois 61873-0864
(217) 469-9194
fax (217) 469-8094

## CONTRACT FOR LEGAL SERVICES

The undersigned, Isaac Capps, (hereinafter referred to as the client) retain the Redwood Law Office, Jude M. (hereinafter referred to as attorney) for the following purpose:

<u>Representation in a federal civil rights case in the Southern District of Illinois, in regards to the use of Excessive Force against Mr. Capps in his arrest on 4-17-12.</u>

This agreement covers only the <u>District</u> Court proceedings. In the event that the client in said cause wish to take an appeal, or in the event that the defendants in said cause take an appeal, attorney is not required to continue representing the client, and if client and attorney agree that attorney will continue to represent client, the parties will negotiate and attempt to agree on a new contract for any services rendered in such an appeal.

Client agrees that legal rates are: three hundred eighty-five dollars ($385.00) an hour for services rendered by Jude Redwood and one hundred seventy five dollars ($175.00) an hour for services rendered by paralegals or law clerks. Client, upon execution of this contract promises to pay a retainer fee of $ <u>5,000.00</u> with attorney against which legal fees and costs will be charged. Client has paid $ <u>100.00</u> on January 20, 2014 and promises to pay the remaining amount of $ <u>4900.00</u> as follows: <u>100. per month.</u>

The parties agree that in the event client is successful in the civil action described above or in a settlement of the lawsuit, in addition to any fees awarded in said action, attorney shall be entitled <u>to 40%</u> of all amounts recovered from the defendants, whether called settlement, consequential damages, punitive damages, damages for mental anguish, or liquidated damages. In the event that client is successful and attorney fees and costs of suit are awarded against the defendants, client will be reimbursed the initial retainer fee of $5,000.00 from that award.

In addition to fees for services, client agrees to reimburse attorney, from client's portion of the award or settlement, for all out-of-pocket, non-overhead expenses reasonably spent in prosecuting the claim, including but not limited to court filing fees, service of process fees, witness fees and expenses, fees for an investigator, deposition fees, on-line legal research, and extensive photocopy costs done outside the office.

In the event that the lawsuit(s) reaches a successful outcome or settlement. The reimbursement for costs will be paid from the settlement or award received from defendants, as discussed above. If client is unsuccessful in his claims and no settlement or award is received, client will not be responsible for the costs in this litigation, except for the retainer fee which shall be retained by attorney.

Client agrees to keep attorney informed of client's whereabouts at all times and to cooperate with attorney as requested in locating witnesses, securing testimony, in appearing for depositions and court hearings, and in the preparation and trial of the case.

Notwithstanding any other provisions of this contract, attorney may withdraw as attorney for the client upon reasonable notice to client at any time for any reason. Likewise, client may discharge the attorney at any time for any reason, however, in the event of a discharge by the client after attorney has performed a significant number of hours of services on the matter, attorney shall be entitled to immediate reimbursement for the reasonable value of her services. This clause is a severable clause and it is not governed by any other clause contained herein. In the event that the client discharges attorney and attorney has to bring legal action to recover legal fees, the client agrees to pay all court costs and attorneys fees for prosecuting such collection action.

Dated: 1/20/14

By: *Jude M Redwood*
Jude M. Redwood, Attorney

*Isaac Capps*
Isaac Capps, Client