UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | | |
|---|---|---|
| ISAAC W. CAPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   14-441-NJR-DGW |
| | ) | |
| KEVIN DRAKE, JARED FREEMAN, | ) | |
| SHAWN ISAACS, JAMES TROGOLO, | ) | |
| KEVIN ROYE, and BRICE SHAFFER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO COURT

Now Come Defendants KEVIN DRAKE, JARED FREEMAN and SHAWN ISAACS, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and provide notice to the Court regarding supplemental proceedings in the Edgar County wage garnishment proceedings filed against Defendants which occurred after they filed their response to Plaintiff's supplementary petition for attorney's fees and costs, stating as follows:

1. On April 24, 2017, Plaintiff filed his supplementary motion for attorney's fees and costs. [d/e 260].

2. On May 8, 2017, Defendants filed their response to Plaintiff's motion. [d/e 265]. In their response, Defendants detailed the status of a wage garnishment action filed in state court against the Defendants, *Capps v. Drake, et al.*, Edgar County Circuit Court No. 17-LM-10. [d/e 265 at 3-5]. At the time of filing their response, Defendants had moved to dismiss the state court proceeding and Plaintiff had not responded.

3. On May 15, 2017, at Plaintiff's request, the Edgar County Court dismissed case number 17-LM-10 and reserved the issue of costs for this Court. *See* attached Order of Dismissal.

1

WHEREFORE, Defendants Kevin Drake, Jared Freeman, and Shawn Isaacs, are providing notice to the Court regarding the supplemental proceedings in *Capps v. Drake, et al.*, Case No. 17-LM-10 (Edgar County).

                                                Respectfully submitted,

                                                KEVIN DRAKE, JARED FREEMAN, and
SHAWN ISAACS,

                                                     Defendants,

                                                LISA MADIGAN, Attorney General
State of Illinois,

Laura K. Bautista (6289023)
Assistant Attorney General                 Attorney for Defendants,
500 South Second Street
Springfield, Illinois 62701                 By: s/ Laura K. Bautista
Phone: (217) 782-5819                         Laura K. Bautista
Fax (217) 782-8767                            Assistant Attorney General
Email: lbautista@atg.state.il.us

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS

| | |
|---|---|
| ISAAC W. CAPPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-441 |
| ) | |
| KEVIN DRAKE, JARED FREEMAN, ) | |
| SHAWN ISAACS, JAMES TROGOLO, ) | |
| KEVIN ROYE, and BRICE SHAFFER, ) | |
| ) | |
| Defendants. ) | |

**Certificate of Service**

I hereby certify that on May 18, 2017, I electronically filed the foregoing Defendants' Notice to the Court with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Judith Redwood: redwoodlaw42@hotmail.com
Joseph A. Bleyer: jableyer@bleyerlaw.com
James C. Cook: jcc@wawpc.net

Respectfully Submitted,

 s/ Laura K. Bautista
Laura K. Bautista, #6289023
Assistant Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 782-5819
Facsimile: (217) 782-8767
Email: lbautista@atg.state.il.us